1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division                                 E-Filing

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7152
7     Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES MAGISTRATE COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION
                                                   71-18
12  UNITED STATES OF AMERICA,       )    No.   CR 03-05-~~1018~~ EDL
                                    )
13       Plaintiff,                 )    [~~PROPOSED~~] ORDER EXCLUDING
                                    )    TIME FROM JULY 6, 2006 TO
14       v.                         )    AUGUST 3, 2006 FROM THE SPEEDY
                                    )    TRIAL ACT CALCULATION
15  ISAAC RIVAS MALDONADO,          )    [18 U.S.C. § 3161(h)(8)(A)]
                                    )
16       Defendant.                 )
                                    )
17  _____)

18      With the agreement of the parties, and with the consent of the defendant, the Court enters this

19  order scheduling an arraignment or preliminary hearing date of August 3, 2006 at 9:30 a.m.

20  before the duty magistrate judge, as well as documenting the defendant's waiver of the

21  preliminary hearing date under Federal Rule of Criminal Procedure 5 and the exclusion of time

22  under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 6, 2006, to August 3, 2006. The

23  parties agree, and the Court finds and holds, as follows:

24      1. The defendant is out of custody.

25      2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon the

26  need for the United States to provide discovery to the defense, and defense counsel's need to

27  review discovery to effectively prepare the case.

28      3. Counsel for the defendant believes that postponing the preliminary hearing is in his

1  client's best interest, and that it is not in his client's interest for the United States to indict the
2  case before the August 3, 2006 preliminary hearing date. In addition, counsel for the
3  government was out of the office on extended family medical leave for the almost the entire
4  period of the prior continuance, such the parties were able to confer about discovery issues as
5  well as possible disposition of the matter prior to indictment.
6      4. The Court finds that, taking into the account the public interest in the prompt disposition
7  of criminal cases, these grounds are good cause for extending the time limits for a preliminary
8  hearing under Federal Rule of Criminal Procedure 5. Given these circumstances, the Court finds
9  that the ends of justice served by excluding the period from July 6, 2006, to August 3, 2006,
10 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).
11     5. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
12 hearing date of August 3, 2006 before the duty magistrate judge at 9:30 a.m.; and (2) orders that
13 the period from July 6, 2006 to August 3, 2006, be excluded from the time for preliminary
14 hearings under Federal Rule of Criminal Procedure 5 and Speedy Trial Act calculations under 18
15 U.S.C. § 3161(h)(8)(A)&(B)(iv).

STIPULATED:

DATED: 7-5-06

STEPHEN M. GALLENSON
Attorney for Defendant

DATED: _____

TIMOTHY J. LUCEY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____

EDWARD M. CHEN
United States Magistrate Judge

2

client's best interest, and that it is not in his client's interest for the United States to indict the case before the August 3, 2006 preliminary hearing date. In addition, counsel for the government was out of the office on extended family medical leave for the almost the entire period of the prior continuance, such the parties were able to confer about discovery issues as well as possible disposition of the matter prior to indictment.

4. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5. Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 6, 2006, to August 3, 2006, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date of August 3, 2006 before the duty magistrate judge at 9:30 a.m.; and (2) orders that the period from July 6, 2006 to August 3, 2006, be excluded from the time for preliminary hearings under Federal Rule of Criminal Procedure 5 and Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A)&(B)(iv).

STIPULATED:

DATED:_____
STEPHEN M. GALLENSON
Attorney for Defendant

DATED: July 5, 2006
TIMOTHY LUCEY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 7/6/06
EDWARD M. CHEN
United States Magistrate Judge