| | |
|---|---|
| 1 | Stephen M. Gallenson, CSB #104447 |
| | ANDRIAN & GALLENSON |
| 2 | 1100 Mendocino Avenue |
| | Santa Rosa, California 95401 |
| 3 | (707) 527-9381 |
| 4 | Attorneys for Defendant |
| | ISAAC RIVAS MALDONADO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, ) Criminal Number: CR 03-05-71018 EDL
　　　　　　　　　　　　　　　　)
　　Plaintiff, 　　　　　　　　　　)  STIPULATION AND [~~Proposed~~] ORDER
　　　　　　　　　　　　　　　　)  EXCLUDING TIME FROM AUGUST 31,
vs. 　　　　　　　　　　　　　　　)  2006 TO OCTOBER 5, 2006 FROM THE
　　　　　　　　　　　　　　　　)  SPEEDY TRIAL ACT CALCULATION
ISAAC RIVAS MALDONADO, 　　　　) [18 U.S.C. § 3161(h)(8)(A)]
　　　　　　　　　　　　　　　　)
　　Defendant. 　　　　　　　　　　)
_____)

　　With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of October 5, 2006 at 9:30 a.m. before the duty magistrate judge, as well as documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from August 31, 2006 to ~~October 5, 2006~~ Sept, 29. The parties agree, and the Court finds and holds, as follows:

　　1. The defendant is out of custody.

　　2. The defendant

　　The defendant agrees to an exclusion of time under the Speedy Trial Act based upon the need for the United States to provide discovery to the defense, and defense counsel's need to review discovery to effectively prepare the case.

　　3. Counsel for the defendant believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case

STIPULATION AND [~~PROPOSED~~] ORDER TO
EXCLUDE TIME FROM SPEEDY TRIAL ACT
CALCULATION   [CR 03-05-71018] [EDL]

1  before the August 31, 2006 preliminary hearing date. Counsel for the defendant is informed that
2  the Government has mailed more than 400 pages of discovery to counsel for review. Counsel
3  will need some time to review the discovery and confer with the Government regarding a
4  possible disposition of the case.  In addition, counsel for the defendant will be out of the office
5  on a pre-planned family vacation between September 7 and September 25, 2006. Additional time
6  is needed to review the discovery.

7      4.  The Court finds that, taking into account the public interest in the prompt disposition of
8  criminal cases, these grounds are good cause for extending the time limits for a preliminary
9  hearing under Federal Rule of Criminal Procedure 5.  Given these circumstances, the Court finds
10 that the ends of justice served by excluding the period from August 31, 2006 to October 5, 2006
11 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).

12     5.  Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
13 hearing date of October 5, 2006 before the duty magistrate judge at 9:30 a.m.; and (2) orders that
14 the period from August 31, 2006 to ~~October 5, 2006~~ Sept. 29 be excluded from the time for preliminary
15 hearings under Federal Rule of Criminal Procedure 5 and Speedy Trial Act calculations under 18
16 U.S.C. Section 3161(h)(8)(A)&(B)(iv).

17 IT IS SO STIPULATED.

18 DATED: August 31, 2006     /S/ Stephen M. Gallenson
                               STEPHEN M. GALLENSON
19

20 DATED: August 31, 2006     /S/ Timothy J. Lucey
                               TIMOTHY J. LUCEY
21                             Assistant United States Attorney

22 IT IS SO ORDERED.

23

24 DATED:    9-1-06
                               HON. [illegible]
25                             United States Magistrate Judge

*IT IS SO ORDERED — Judge James Larson*

STIPULATION AND [PROPOSED] ORDER TO
EXCLUDE TIME FROM SPEEDY TRIAL ACT
CALCULATION   [CR 03-05-71018] [EDL]     2