1  Stephen M. Gallenson, CSB #104447
   ANDRIAN & GALLENSON
2  1100 Mendocino Avenue
3  Santa Rosa, California 95401
   (707) 527-9381
4
   Attorneys for Defendant
5  ISAAC RIVAS MALDONADO

6

7

8

9

10

11

12                     UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,              Criminal Number:  CR 03-05-71018 EDL

17                 Plaintiff,              **STIPULATION AND [proposed] ORDER
                                           TO MODIFY CONDITIONS OF RELEASE**
18       vs.

19  ISAAC RIVAS MALDONADO,

20
                   Defendant.
21  _____ /

22
        THE PARTIES HEREBY stipulate and agree, subject to the Court's approval,
23
    that the defendant's release conditions be modified as follows:  that the defendant no
24
    longer be subjected to a curfew at the direction of Pretrial Services as previously
25
    imposed by the Court.  The defendant shall remain subject to all other release
26
    conditions previously imposed.
27

28
    STIPULATION AND [PROPOSED] ORDER              1                    CR 03-05-71018 EDL
    TO MODIFY CONDITIONS OF RELEASE

1   **IT IS SO STIPULATED.**

2   DATED: _____10.3.06_____

3                                          STEPHEN M. GALLENSON

4   DATED: _____10/3/06_____

5                                          TIMOTHY LUCEY
                                           Assistant United States Attorney
6

7

8   **IT IS SO ORDERED.**

9   DATED: _____10/6/06_____

10

11                                         United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER          2          CR 03-05-71018 EDL
TO MODIFY CONDITIONS OF RELEASE