KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7152
Facsimile: (415) 436-7234

Attorneys for United States of America

FILED
OCT 13 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISAAC RIVAS MALDONADO, <br><br> Defendant. | No.  CR 03-0571018 EDL <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 13, 2006 TO OCTOBER 24, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION <br> [18 U.S.C. § 3161(h)(8)(A), (B)] |

   With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of October 24, 2006 at 9:30 a.m. before the duty magistrate judge, as well as documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from October 13, 2006, to October 24, 2006. The parties agree, and the Court finds and holds, as follows:

   1. The defendant is out of custody.

   2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon the need for the United States to provide discovery to the defense, and defense counsel's need to review discovery to effectively prepare the case.

   3. Counsel for the defendant believes that postponing the preliminary hearing is in his

1  client's best interest, and that it is not in his client's interest for the United States to indict the
2  case before the October 13, 2006 preliminary hearing date.  More specifically, the defendant and
3  counsel have now completed their review of voluminous discovery relevant to the defendant and
4  underlying events provided by the Drug Enforcement Administration as well as local law
5  enforcement agencies in Sonoma County.  The parties have reached an agreement in principal to
6  resolve the matter short of indictment and trial but need approximately 10 days to complete their
7  discussions and reduce the agreement to writing.

8      4. The Court finds that, taking into the account the public interest in the prompt disposition
9  of criminal cases, these grounds are good cause for extending the time limits for a preliminary
10 hearing under Federal Rule of Criminal Procedure 5.  Given these circumstances, the Court finds
11 that the ends of justice served by excluding the period from October 13, 2006, to October 24,
12 2006, outweigh the best interest of the public and the defendant in a speedy trial and ensure
13 effective preparation of counsel.  Id. § 3161(h)(8)(A) and (B).

14     5. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
15 hearing date of October 24, 2006 before the duty magistrate judge at 9:30 a.m.; and (2) orders
16 that the period from October 13, 2006 to October 24, 2006, be excluded from the time for
17 preliminary hearings under Federal Rule of Criminal Procedure 5 and Speedy Trial Act
18 calculations under 18 U.S.C. § 3161(h)(8)(A)&(B)(iv).

**STIPULATED:**

DATED: 10/13/06

STEPHEN M. GALLENSON
Attorney for Defendant

DATED: 10/13/06

TIMOTHY J. LUCEY
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 10/13/06

NANDOR VADAS
United States Magistrate Judge

2